David W. Shapiro (CA Bar No. 219265)
dshapiro@boerschshapiro.com
BOERSCH SHAPIRO LLP
1611 Telegraph Ave., Suite 806
Oakland, CA 94612
Telephone: (415) 500-6644

Attorney for Defendant
CELIA ATKINSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>CELIA ATKINSON,<br><br>　　　　　　　　Defendant. | Case No. CR14-000167 CRB<br><br>**STIPULATION AND [PROPOSED]<br>ORDER CONTINUING STATUS<br>CONFERENCE** |

　　　　Defendant CELIA ATKINSON, by her counsel David W. Shapiro, and the United States Attorney, by its counsel Special Assistant U.S. Attorney Katherine Lloyd-Lovett, hereby stipulate and agree that a status conference be set for January 20, 2016, at 2:00 p.m., or as soon thereafter as may be convenient to the Court.

　　　　The grounds for this stipulation are as follows:

　　　　1.　　This case is currently scheduled for a status conference on December 23, 2015.

　　　　2.　　The defense and the government have discussed a disposition of diversion for Ms. Atkinson.  The Pretrial Services office has completed its investigation and recommended diversion to the government.  The government is now reviewing that recommendation and needs additional time beyond the current scheduled court date of December 23, 2015.

　　　　3.　　The parties have agreed that a continuance to January 20, 2016 is reasonable, and the Court is available on that date.

4. The parties request that the Court exclude time between December 23, 2015 and January 20, 2016 from the calculation of time under the Speedy Trial Act, 18 U.S.C.§ 3161, to allow for the effective preparation of counsel for possible diversion. The parties agree that the ends of justice in granting the continuance and excluding time outweigh the best interest of the public and the defendant in a speedy trial.

5. Special AUSA Katherine Lloyd-Lovett has consented to the continuance and to the exclusion of time under the Speedy Trial Act, and to the inclusion of her signature on this stipulation.

Dated: December 21, 2015         */s/ David W. Shapiro*
                                 DAVID W. SHAPIRO
                                 Attorney for Defendant Celia Atkinson

                                 */s/ Katherine Lloyd-Lovett*
                                 KATHERINE LLOYD-LOVETT
                                 Special Assistant U.S. Attorney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>CELIA ATKINSON,<br><br>Defendant. | Case No. CR14-000167 CRB<br><br>[PROPOSED] ORDER CONTINUING STATUS CONFERENCE |

Based on the stipulation between the parties in this case, IT IS ORDERED that a status conference in this case is set for January 20, 2016 at 2:00 p.m.

IT IS FURTHER ORDERED that the time period between December 23, 2015 and January 20, 2016 is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(i) and (iv).

IT IS SO ORDERED:

Dated: December 21st, 2015

HONORABLE CHARLES R. BREYER
United States Senior District Judge