BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

KATHERINE M. LLOYD-LOVETT (CABN 276256)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6821
    FAX: (415) 436-7027
    Katherine.Lloyd-Lovett@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. CR 14-167 CRB |
| Plaintiff, | ) STIPULATION REGARDING SENTENCING |
| | ) HEARING AND ORDER |
| v. | ) |
| CELIA ATKINSON, | ) |
| Defendant. | ) |

    The United States, by its counsel Special Assistant United States Attorney Katherine Lloyd-Lovett, and defendant Celia Atkinson, by her counsel David W. Shapiro, stipulate and agree as follows. On March 23, 2016, Ms. Atkinson pled guilty before this Court pursuant to a plea agreement providing for deferred sentencing. *See* Dkt. 64. The Court set a further status conference in this case for March 29, 2017, at 2:00 p.m. *Id*. The parties' plea agreement provided that, during the term of deferred sentencing, Ms. Atkinson would remain supervised by Pretrial Services and that sentencing would be set approximately one year from the date of Ms. Atkinson's guilty plea. *See* Dkt. 63 at ¶ 7. Moreover, the parties agreed that, unless Ms. Atkinson violated the terms of the plea agreement or failed to accept responsibility during that one-year period, she would be permitted at sentencing to make an unopposed

motion to withdraw her guilty plea to Count One of the Superseding Information and would be sentenced only on Count Two of the Superseding Information. *Id.* The parties are informed by Pretrial Services that Ms. Atkinson has abided by the conditions of her post-plea supervision to date. The parties therefore jointly request that the Court order that the status conference previously set for March 29, 2017, at 10:00 a.m. be converted to a sentencing hearing. The parties further jointly request that the Court order this matter referred to the United States Probation Office for the preparation of a Presentence Investigation Report.

Respectfully submitted,

BRIAN J. STRETCH
United States Attorney

Dated:  December 14, 2016         */s/ Katherine M. Lloyd-Lovett*
KATHERINE M. LLOYD-LOVETT
Special Assistant United States Attorney

Dated:  December 14, 2016         */s/ David W. Shapiro*
DAVID W. SHAPIRO
Attorney for Defendant Celia Atkinson

### Attestation of Filer

In addition to myself, the other signatory to this document is <u>David W. Shapiro</u>. I hereby attest that I have his permission to enter a conformed signature on his behalf and to file this document.

Dated:  December 14, 2016         */s/ Katherine M. Lloyd-Lovett*
KATHERINE M. LLOYD-LOVETT
Special Assistant United States Attorney

//
//
//
//
//
//

STIPULATION RE SENTENCING HEARING AND ORDER
CR 14-167 CRB                              2

**ORDER**

Based on the stipulation between the parties in this case, IT IS ORDERED that the status conference previously scheduled for March 29, 2017, at 10:00 a.m. shall be converted to a sentencing hearing. This matter is referred to the United States Probation Office for the preparation of a Presentence Investigation Report.

IT IS SO ORDERED.

Dated: December 16, 2016

HONORABLE CHARLES R. BREYER
United States District Judge

STIPULATION RE SENTENCING HEARING AND ORDER
CR 14-167 CRB                                          3